Opinion issued September 11, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00425-CV

____________


MARY YIN, Appellant


V.


SULLINS, JOHNSTON, ROHRBACH, & MAGERS, P.C., Appellee






On Appeal from the 125th District Court

Harris County, Texas

Trial Court Cause No. 0016229






MEMORANDUM OPINION

 On August 12, 2003, appellee filed a motion to dismiss this appeal with
prejudice because a settlement has been reached. A copy of the settlement agreement
was attached to appellee's motion to dismiss. More than 10 days has elapsed, and no
objection has been filed to the motion. No opinion has issued. Accordingly, the
motion is granted, and the appeal is dismissed with prejudice. Tex. R. App. P.
42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1. All costs are assessed against the incurring party.

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Higley.